# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1920
_____

J.R., Father of A.R., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.
_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

November 7, 2018

PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald Newlin, Tallahassee, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; and Sara Elizabeth Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee.